certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Henry E. T. Herman* and *Richard W. Nuzum*, Assistant Attorney General of the State of Washington, for petitioners. *Solicitor General Fahy, Assistant Attorney General Littell*, and *Messrs. Arnold Raum* and *Vernon L. Wilkinson* for the United States.

No. 173. RICH *v.* RICH. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph Nemerov, Maurice J. Dix,* and *George Gussaroff* for petitioner.

No. 174. CITY OF YOUNGSTOWN *v.* ERIE RAILROAD CO. October 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Charles S. Rhyne* for petitioner. *Mr. James E. Bennett* for respondent.

No. 175. ANDREWS *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 176. RAINEY ET AL., EXECUTORS, *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 177. RAINEY *v.* COMMISSIONER OF INTERNAL REVENUE;

No. 178. STODDARD *v.* COMMISSIONER OF INTERNAL REVENUE; and

No. 179. ANDREWS *v.* COMMISSIONER OF INTERNAL REVENUE. October 11, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Alexander S. Andrews* for petitioners. *Solicitor General Fahy, Assistant Attorney General Samuel O. Clark, Jr.,* and *Messrs. Sewall Key, Samuel H.*